**Order entered July 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00849-CV

## IN RE JIMMY DEWAYNE HILL, Relator

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-53582W**

## ORDER

The Court has before it relator's July 17, 2013 "motion in arrest of judgment and request for transfer of cause of action." We **DENY** the motion.

/s/    MOLLY FRANCIS
        JUSTICE